IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH TYRONE WILLIAMS,

    Petitioner,               No. CIV S-08-0809 LEW DAD P

    vs.

ANTHONY KANE, et al.,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee and an application to proceed in forma pauperis. The in forma pauperis application will be denied without prejudice since the filing fee has been paid.

        Petitioner challenges the denial of parole in 2005 by the Board of Prison Terms. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's April 16, 2008 application to proceed in forma pauperis is denied without prejudice;

/////

      2. Respondents are directed to file a response to petitioner's petition within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

      3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

      4. If the response to petitioner's petition is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

      5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Supervising Deputy Attorney.

DATED: April 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will0809.100